



Exhibit "B"

# Certificate of Registration



This Certificate issued under the seal of the Copyright Office in accordance with title 17, *United States Code*, attests that registration has been made for the work identified below. The information on this certificate has been made a part of the Copyright Office records.

*Shira Perlmutter*
United States Register of Copyrights and Director

**Registration Number**
**VA 2-259-542**

**Effective Date of Registration:**
July 13, 2021

**Registration Decision Date:**
July 20, 2021

## Copyright Registration for a Group of Published Photographs
Registration issued pursuant to 37 C.F.R. § 202.4(i)
For Photographs Published: March 26, 2021 to July 07, 2021

## Title

| | |
|---|---|
| **Title of Group:** | Tamara Williams Q2 2021 |
| **Number of Photographs in Group:** | 82 |

- **Individual Photographs:** IMG_8689_Pauline_03262021, IMG_8692_Pauline_03262021, IMG_8693_Pauline_03262021, IMG_8691_Pauline_03262021, IMG_8690_Pauline_03262021
  **Published:** March 2021

- **Individual Photographs:** IMG_8533_TheresaO_04202021, IMG_8532_TheresaO_04202021, IMG_8534_TheresaO_04202021, IMG_8094_TabeaG_04222021, IMG_8096_TabeaG04222021, IMG_8095_TabeaG_04222021, IMG_8545_SeezanB_04262021, IMG_8544_SeezanB_04262021, IMG_8543_SeezanB_04262021
  **Published:** April 2021

- **Individual Photographs:** IMG_8547_Giuliana_05032021, IMG_8548_Giuliana_05032021, IMG_8550_Giuliana_05032021, IMG_8549Giuliana_05032021, IMG_8223_MingSavannah_05052021, IMG_8221_MingSavannah_05052021, IMG_8222_MingSavannah_05052021, IMG_8556_MinelYildiz_05062021, IMG_8557_MinelYildiz_05062021, IMG_8555_MinelYildiz_05062021, IMG_8561_NenehSonko_05272021, IMG_8562_NenehSonko_05272021, IMG_8563_NenehSonko_05272021, IMG_8565_HayleyBui_05312021, IMG_8566_HayleyBui_05312021, IMG_8568_HayleyBui_05312021, IMG_8567_HayleyBui_05312021
  **Published:** May 2021

- **Individual Photographs:** IMG_8574_AntoniaFreyaLydia_06032021, IMG_8570_AntoniaFreyaLydia_06032021, IMG_8572_AntoniaFreyaLydia_06032021, IMG_8580_AngeliaA_06072021, IMG_8577_AngeliaA_06072021, IMG_8578_AngeliaA_06072021, IMG_8579_AngeliaA_06072021, IMG_8583_Pauline_06082021, IMG_8581_Pauline_06082021, IMG_8582_Pauline_06082021, IMG_8586_RominaJosefinePalm_06102021, IMG_8585_RominaJosefinePalm_06102021, IMG_8588_RominaJosefinePalm_06102021, IMG_8589_RominaJosefinePalm_06112021,

             IMG_8587_RominaJosefinePalm_06112021, IMG_8375_SeezanB_06152021,
             IMG_8379_SeezanB_06152021, IMG_8374_SeezanB_06152021,
             IMG_8377_SeezanB_06162021, IMG_8597_TheresaO_06172021,
             IMG_8596_TheresaO_06172021, IMG_8600_AntoniaFreyaLydia_06212021,
             IMG_8601_AntoniaFreyaLydia_06212021,
             IMG_8603_AntoniaFreyaLydia_06222021,
             IMG_8602_AntoniaFreyaLydia_06222021,
             IMG_8599_AntoniaFreyaLydia_06222021,
             IMG_8610_JihoonKim_06242021, IMG_8607_JihoonKim_06242021,
             IMG_8608_JihoonKim_06242021, IMG_8609_JihoonKim_06242021,
             IMG_8613_NenehSonko_06282021, IMG_8614_NenehSonko_06282021,
             IMG_8612_NenehSonko_06282021, IMG_8615_NenehSonko_06282021,
             IMG_8621_MinelYildiz_06292021, IMG_8617_MinelYildiz_06292021,
             IMG_8618_MinelYildiz_06292021, IMG_8619_MinelYildiz_06292021,
             IMG_8620_MinelYildiz_06292021, IMG_8624_HayleyBui_06302021,
             IMG_8625_HayleyBui_06302021, IMG_8626_HayleyBui_06302021
       **Published:** June 2021

- **Individual Photographs:** IMG_8623_HayleyBui_07012021, IMG_8622_HayleyBui_07012021,
             IMG_8628_AngeliaA_07022021, TabeaG_07052021,
             IMG_8633_RominaJosefinePalm_07062021,
             IMG_8632_RominaJosefinePalm_07062021,
             IMG_8631_RominaJosefinePalm_07062021, IMG_8635_Pauline_07072021,
             IMG_8636_Pauline_07072021
       **Published:** July 2021

## Completion/Publication

     **Year of Completion:** 2021
**Earliest Publication Date in Group:** March 26, 2021
 **Latest Publication Date in Group:** July 07, 2021
   **Nation of First Publication:** Germany

## Author

-       **Author:** Tamara Wareka
     **Pseudonym:** Tamara Williams
   **Author Created:** photographs
 **Work made for hire:** No
      **Citizen of:** Germany
     **Domiciled in:** Germany
    **Pseudonymous:** Yes

## Copyright Claimant

  **Copyright Claimant:** Tamara Wareka
             Hauptstraße 24a, Kleinbundenbach 66501, Germany

## Rights and Permissions



| | |
|---|---|
| Organization Name: | LK Creative Consulting |
| Name: | Lauren Kelly |
| Email: | lk@lkcreativeconuslting.com |
| Telephone: | (161)789-4508x2 |
| Address: | 305 East 24th street, 20G<br>New York, NY 10010 United States |

## Certification

| | |
|---|---|
| Name: | Joe G. Naylor |
| Date: | July 13, 2021 |
| Applicant's Tracking Number: | USCO-07714 |

---

**Copyright Office notes:** Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group.

Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application.





Exhibit "D"

# Public Catalog

Copyright Catalog (1978 to present) at DC4
Search Request: Left Anchored Copyright Number = VA0002377868
Search Results: Displaying 1 of 1 entries



*Tamara Williams Q3-4 2023.*

|  |  |
|---|---|
| **Type of Work:** | Visual Material |
| **Registration Number / Date:** | VA0002377868 / 2023-12-04 |
| **Application Title:** | Tamara Williams Q3-4 2023 |
| **Title:** | Tamara Williams Q3-4 2023. [Group registration of published photographs. 44 photographs. 2023-03-30 to 2023-12-01] |
| **Description:** | 44 photographs : Electronic file (eService) |
| **Copyright Claimant:** | Tamara Wareka. Address: Grabenstrasse 10, G�ppingen 73033, Germany. |
| **Date of Creation:** | 2023 |
| **Publication Date Range:** | 2023-03-30 to 2023-12-01 |
| **Nation of First Publication:** | Germany |
| **Authorship on Application:** | Tamara Williams, pseud. of Tamara Wareka (author of pseudonymous work); Domicile: Germany; Citizenship: Germany. Authorship: photographs. |
| **Rights and Permissions:** | Lauren Kelly, LKCC, 305 East 24th Street 20G, New York, NY 10010, United States, (617) 894-5082, lk@lkcreativeconsulting.com |
| **Copyright Note:** | Regarding title information: Deposit contains complete list of titles that correspond to the individual photographs included in this group. |
|  | Regarding group registration: A group of published photographs may be registered on one application with one filing fee only under limited circumstances. ALL of the following are required: 1. All photographs (a) were created by the same author AND (b) are owned by the same copyright claimant AND (c) were published in the same calendar year AND 2. The group contains 750 photographs or less AND 3. A sequentially numbered list of photographs containing the title, file name and month of publication for each photograph included in the group must be uploaded along with other required application materials. The list must be submitted in an approved document format such as .XLS or .PDF. The file name for the numbered list must contain the title of the group and the Case Number assigned to the application. |
| **Photographs:** | Published in October 2023 (1 photographs): Zoe_102523_1 |
|  | Published in November 2023 (6 photographs): Louise_111723_1, Stef_111923_1, |

Published in August 2023 (14 photographs): Georgia_080223_1, Georgia_080223_2, Lucy_081123_1, Cameron_081123_1, Cameron_081123_2, Cameron_081123_3, Cameron_081123_4, Eva_081223_1, Eva_081223_2, Eva_081223_3, Arben_082423_1, Arben_082423_2, Arben_082423_3, Arben_082423_4

Published in September 2023 (14 photographs): Kambree_091023_3, Kambree_091023_2, Kambree_091023_1, Louise_091523_2, Louise_091523_1, Louise_091523_3, Louise_091523_4, Will_091923_1, Will_091923_4, Will_091923_3, Will_091923_2, Liza_092423_1, Liza_092423_2, Liza_092423_3

**Names:** [Wareka, Tamara](#)
[Tamara Williams, pseud.](#)



| Save, Print and Email (**Help Page**) |
|---|
| Select Download Format [Full Record ▾] [Format for Print/Save] |
| Enter your email address: [ ] [Email] |

**Help** | **Search** | **History** | **Titles** | **Start Over**

Contact Us | Request Copies | Get a Search Estimate | Frequently Asked Questions (FAQs) about Copyright |
Copyright Office Home Page | Library of Congress Home Page

Exhibit "E"



Exhibit "F"

Original Angelia Photograph:



Angelia Infringement:



Exhibit "G"

instagram.com/p/C0cFC3eOhkX/

**sylkmedspa** • Follow
Lana Del Rey • Radio

**sylkmedspa** The Botox eyebrow lift gives that subtle lift without overwhelming the face. Natural results, always.

Contact us for a consultation today:
347-988-0666
inquiries@sylkmedspa.com
Brooklyn, New York
website coming soon

#sylk #SylkMedSpa #botox #fillers #kybella #prp #vampirefacial #microneedling #facelift #hair #injections #MedSpa #aesthetics #PDOThreads #IVDrip #health #wellness #lipfiller #skintips #cosmetics #dermatology #chemicalpeels #dermaplane #qwo #skintone #brooklyn #midwood #providors #holidayseason

Edited · 7w

Liked by **illmavic718** and others
December 4, 2023

EYEBROW LIFT

@sylkmedspa



Exhibit "H"

Original Eva Photograph:



Eva Infringement:

